IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11cv296

| | |
|---|---|
| CELESTE PARKER, | ) |
| Plaintiff, | ) |
| Vs. | ) ORDER |
| GB TOOLS & SUPPLIES, L.L.C., | ) |
| Defendants. | ) |

**THIS MATTER** is before the court on review of defendant's Motion for Summary Judgment (#19). As noted on the court's public docket, plaintiff's response to such motion was due to be filed not later than April 2, 2012, and review of the docket reveals that no response was filed and that plaintiff is represented by counsel.

## ORDER

**IT IS, THEREFORE, ORDERED** that not later than April 20, 2012, plaintiff shall show excusable neglect under Rule 6(b)(1)(B), Fed.R.Civ.P., and seek appropriate relief thereunder, as plaintiff has not responded to such dispositive motion within the time provided. Plaintiff is advised that failure to make an appropriate motion and showing within the time provided may result in involuntary dismissal of this action for failure to prosecute as provided in Rule 41(b).

Signed: April 9, 2012

Max O. Cogburn Jr.
United States District Judge

-1-